## OSBORN V. LLOYD.

Securing property by foreign attachment, within the county, gives jurisdiction to the court of a cause, otherwise not within its jurisdiction.

ACTION of debt by book — both plaintiff and defendant belonged to the state of New York. This action was by foreign attachment, describing the defendant as an absent absconding debtor, and a copy of the writ was left in service with         of         in the county of Fairfield, agent, factor, trustee and debtor to the defendant.

Plea in abatement — That said debt was contracted in the state of New York and that both plaintiff and defendant were citizens and inhabitants of the state of New York, and that neither of them are or ever were inhabitants of any town in this state. Demurrer.

Judgment — Plea insufficient. The attaching of visible property gives jurisdiction to the court of causes otherwise not within its jurisdiction. By the foreign attachment, the invisible property of the debtor is attached and holden within this county and gives jurisdiction to the court.